UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 24, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | Case No. 2:12-MJ-00011-EFB |
| Plaintiff,            ) | |
| v.                                                       ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JUVANY HERRERA-FELIX,            ) | |
| ) | |
| Defendant.            ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JUVANY HERRERA-FELIX__ , Case No. __2:12-MJ-00011-EFB__ , Charge __Title 21 USC § 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   ✔   Bail Posted in the Sum of $ __150,000 (secured)__

      __   Unsecured Appearance Bond

      __   Appearance Bond with 10% Deposit

      __   Appearance Bond with Surety

      __   Corporate Surety Bail Bond

   ✔   (Other)      __With pretrial services supervision and conditions of release as stated on the record in open court. USM shall release the defendant to the custody of Pretrial Services at 8:30 am on 1/25/12.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 24, 2012__ at __1:55__ pm .

By __/s/ Dale A. Drozd__
Dale A. Drozd
United States Magistrate Judge