FILED

JAN 25 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Juvany Herrera-Felix

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUVANY HERRERA-FELIX<br><br>Defendant | Case No.: 2:12 MJ 00011 EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning January 27, 201 and extending through February 13, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

Defendant Juvany Herrera-Felix has just been released on a secured $150,000.00 appearance bond and waives time for continuance of the Preliminary Hearing to February 13, 2012..

1   The parties further request that this matter be taken off the January 27, 2012, Magistrate
2   Judge Drozd's calendar and be rescheduled to Magistrate Judge Newman's February 13, 2012
3   calendar at 2:00 p.m..

4

5

6                              Respectfully submitted,

7

8   Date:  1-25-12                                    By:     /s/ Danny D. Brace, Jr.,
                                                      DANNY D. BRACE, JR.,
                                                      Attorney for
9                                                     Juvany Herrera-Felix

10

11

12  Date:  1-25-12                                    By:     /s/ Todd Leras
                                                      Authorized to sign for Mr. Leras
13                                                    On January 25, 2012
                                                      TODD LERAS
14                                                    Assistant U.S. Attorney

15

16
    IT IS SO ORDERED:
17  Dated: 1/25/12

18  *Dale A. Drozd* (signature)
    HON. DALE A. DROZD
19  Magistrate Judge U.S. District Court
    Eastern District of California
20

21

22

23

24

25

STIP AND ORDER TO EXTEND TIME - 2