1  DANNY D. BRACE, JR., #114466
   LAW OFFICE OF DANNY D. BRACE, JR.
   901 H Street, Suite 500
2  Sacramento, CA  95814
   (916) 552-6660
3  Fax:  (916) 447-0592

4  Attorney for Juvany Herrera-Felix

5

6                IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        ) Case No.: 2:12 MJ 00011 EFB
                                    )
10                   Plaintiff,     ) STIPULATION AND ORDER TO EXTEND
                                    ) TIME FOR HEARING AND TO EXCLUDE
11         vs.                      ) TIME
                                    )
12 JUVANY HERRERA-FELIX             )
                                    )
13                   Defendant      )

14      The parties agree that time beginning February 13, 2012 and extending through March

15 12, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and

16 T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so

17 that counsel for the defendant may have reasonable time necessary for effective preparation,

18 taking into account the exercise of due diligence, and so that the defendant may have continuity

19 of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of

20 justice served by granting this continuance outweigh the best interests of the public and the

21 defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

22      Defendant Juvany Herrera-Felix has been released on a secured $150,000.00 appearance

23 bond and waives time for continuance of the Preliminary Hearing to March 12, 2012.

24

25

The parties further request that this matter be taken off the February 13, 2012 Magistrate Judge's calendar and be rescheduled to March 12, 2012 at 2:00 p.m. before the assigned Magistrate Judge.

Respectfully submitted,

Date:   2-9-12                              By:     /s/ Danny D. Brace, Jr.,
                                                    DANNY D. BRACE, JR.,
                                                    Attorney for
                                                    Juvany Herrera-Felix


Date:   2-9-12                              By:     /s/ Todd Leras
                                                    Authorized to sign for Mr. Leras
                                                    On February 9, 2012
                                                    TODD LERAS
                                                    Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:  2/9/12**

  /s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
Magistrate Judge U.S. District Court
Eastern District of California