```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.     ) <br> ) <br> JUVANY HERRERA-FELIX, ) <br> ) <br> Defendant.   ) <br>_____) | Mag. 2:12-mj-011 EFB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Danny D. Brace, Counsel for Defendant Juvany Herrera-Felix, that the preliminary hearing scheduled for April 16, 2012, be continued to June 15, 2012, at 2:00 p.m.

The parties are working toward a pre-indictment resolution of this matter. In light of continuing investigation being conducted relevant to the potential disposition, both parties are requesting additional time for attorney preparation.

The government and defendant agree that the combination of settlement discussions and continuing investigation constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the

1

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including June 15, 2012.

Danny Brace agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: April 13, 2012     By: /s/ Todd D. Leras
                              TODD D. LERAS
                              Assistant U.S. Attorney


DATED: April 13, 2012     By: /s/ Todd D. Leras for
                              DANNY D. BRACE, JR.
                              Attorney for Defendant
                              JUVANY HERRERA-FELIX

**IT IS HEREBY ORDERED:**

1. The preliminary hearing set for April 16, 2012, is continued to June 15, 2012, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including June 15, 2012. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

The undersigned finds that the interests of justice outweigh the defendant's and the public's rights to a speedy trial.

IT IS SO ORDERED.

Date: April 16, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE