```
FILED
JUN 12 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK
```

1  DANNY D. BRACE, JR., #114466
   LAW OFFICE OF DANNY D. BRACE, JR.
2  901 H Street, Suite 500
   Sacramento, CA  95814
3  (916) 552-6660
   Fax: (916) 447-0592

4  Attorney for Juvany Herrera-Felix

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          ) Case No.: 2:12 MJ 00011 EFB
                                      )
10            Plaintiff,              ) STIPULATION AND ORDER TO EXTEND
                                      ) TIME FOR HEARING AND TO EXCLUDE
11       vs.                          ) TIME
                                      )
12 JUVANY HERRERA-FELIX,              )
                                      )
13            Defendant               )

14       The parties agree that time beginning June 15, 2012 and extending through July 31, 2012

15 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The

16 parties submit that the ends of justice are served by the Court excluding such time, so that

17 counsel for the defendant may have reasonable time necessary for effective preparation, taking

18 into account the exercise of due diligence, and so that the defendant may have continuity of

19 counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of

20 justice served by granting this continuance outweigh the best interests of the public and the

21 defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

22       Defendant Juvany Herrera-Felix has been released on a secured $150,000.00 appearance

23 bond and waives time for continuance of the Preliminary Hearing to July 31, 2012.  The parties

24 are requesting additional time for attorney preparation as they are working towards a pre-

25 indictment resolution.

STIP AND ORDER TO EXTEND TIME - 1

The parties further request that this matter be taken off the June 15, 2012 Magistrate Judge's calendar and be rescheduled to July 31, 2012 at 2:00 p.m. before Magistrate Judge Edmund F. Brennan.

Respectfully submitted,

Date:  6-12-12

By:  /s/ Danny D. Brace, Jr.,
DANNY D. BRACE, JR.,
Attorney for
Juvany Herrera-Felix

Date:  6-12-12

By:  /s/ Todd Leras
Authorized to sign for Mr. Leras
On June 12, 2012
TODD LERAS
Assistant U.S. Attorney

IT IS SO ORDERED:
Dated: 6/12/12

_____
Magistrate Judge U.S. District Court
Eastern District of California