DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Juvany Herrera-Felix

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12 MJ 00011 EFB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | |
| JUVANY HERRERA-FELIX, | |
| Defendant | |

Plaintiff, United States of America, by and through its counsel of record, and the defendant, JUVANY HERRERA-FELIX by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 3, 2012.

2. By this stipulation, the defendant now moves to continue the status conference until January 31, 2013, and to exclude time between December 3, 2012, and January 31, 2013 at 2:00 p.m. under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The parties represent that defendant is out of custody and waives time for the continuance.

b. Counsel for the defendant desire additional time to consult with his client to

STIP AND ORDER TO EXTEND TIME - 1

discuss potential resolutions.

  c. Furthermore, defense counsel is currently in the hospital recovering from a ruptured kidney and has been in the hospital since November 20, 2012.

  d. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e. The government does not object to the continuance.

  f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 3, 2012, to January 31m 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIP AND ORDER TO EXTEND TIME - 2

Respectfully submitted,

Date:   11-28-12                                By:  /s/ Danny D. Brace, Jr.,
                                                DANNY D. BRACE, JR.,
                                                Attorney for
                                                Juvany Herrera-Felix


Date:   11-28-12                                By:/s/ Todd Leras
                                                Authorized to sign for Mr. Leras
                                                On November 28, 2012
                                                TODD LERAS
                                                Assistant U.S. Attorney


**IT IS SO FOUND AND ORDERED**

**Dated:  November 28, 2012.**

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE