1 BENJAMIN B. WAGNER
United States Attorney
2 TODD D. LERAS
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2918

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )        2:12-MJ-011 EFB
12                  Plaintiff,      )
                                    )        GOVERNMENT'S MOTION
13            v.                    )        TO DISMISS AND
                                    )        ORDER
14 JUVANY HERRERA-FELIX,            )
                                    )        Date: April 30, 2013
15                  Defendant.      )        Time: 2:00 p.m.
   _____)            Hon. Carolyn K. Delaney
16

17

18      Plaintiff United States of America hereby moves, consistent

19 with the Principles of Federal Prosecution, to dismiss without

20 prejudice under Rule 48(a) of the Federal Rules of Criminal

21 Procedure the charge in the criminal complaint against defendant

22 Juvany Herrera-Felix.  Based on post-arrest information and

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  investigation, the government believes that is in the interest of

2  justice to dismiss without prejudice the pending criminal complaint

3  against defendant Juvany Herrera-Felix.

4

5                                   Respectfully submitted,

6                                   BENJAMIN B. WAGNER
                                    United States Attorney

7  Dated: April 29, 2013            __/s/ Todd D. Leras___

8                                   TODD D. LERAS
                                    Assistant U.S. Attorney

9                                   Attorney for Plaintiff

10

11

12

13

14

15                              **ORDER**

16      The government's motion to dismiss without prejudice the

17  charges in the Criminal Complaint against defendant Juvany Herrera-

18  Felix is granted.

19      **IT IS SO ORDERED.**

20

21  Dated: April 29, 2013

22

23                              _____
                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Government's Motion to Dismiss   2